IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Anthony L. Holmes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:11-cv-287-TLW-BHH |
| | ) | |
| | ) | |
| Mr. Harvey Lappin, Director Federal | ) | |
| Bureau of Prisons et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER**

Anthony L. Holmes, ("plaintiff"), brought this civil action, *pro se*, on February 4, 2011.

(Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation

("the Report") filed by United States Magistrate Judge Bruce Howe Hendricks, to whom this

case had previously been assigned. In the Report, the Magistrate Judge recommends that this

case be dismissed without prejudice and without issuance of service of process. (Doc. # 17). The

plaintiff filed objections to the report. (Doc. # 32). In conducting this review, the Court applies

the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any
> party may file written objections...The Court is not bound by the recommendation
> of the magistrate judge but, instead, retains responsibility for the final
> determination. The Court is required to make a *de novo* determination of those
> portions of the report or specified findings or recommendation as to which an
> objection is made. However, the Court is not required to review, under a *de novo*
> or any other standard, the factual or legal conclusions of the magistrate judge as to
> those portions of the Report and Recommendation to which no objections are
> addressed. While the level of scrutiny entailed by the Court's review of the
> Report thus depends on whether or not objections have been filed, in either case,

the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the objections. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Doc. # 17). Therefore, the Complaint in the above-captioned case is **DISMISSED** without prejudice and without issuance of service of process.


**IT IS SO ORDERED**

                                      ____s/Terry L. Wooten____
                                      United States District Judge


September 12, 2011
Florence, South Carolina