AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony L. Holmes<br>*Plaintiff*<br>v.<br>Mr. Harvey Lappin, Director Federal Bureau of Prisons; Mrs. Darlene Drew, Warden; Ms. Tovia Thomas, Case Manager; Ms. Jerri Comstock, Discipline Hearing Officer; Captain Gerald Del Ray; Ms. Betty Outlaw, Unit Manager; Ms. Ursla Williams, Unit Officer at FCI Bennettsville; Mr. Ray Holt, Southeast Regional Director; Mr. Harrel Watts, Administrator National Inmate Appeals,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:11-cv-287-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks are accepted. The Complaint is dismissed without prejudice and without issuance and service of process. The Plaintiff shall take nothing on his complaint filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date:   September 12, 2011

*CLERK OF COURT*

*Deputy Clerk*